UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHREVEPORT CHAPTER #237 OF     CIVIL ACTION NO. 17-CV-01346
THE UNITED DAUGHTERS OF THE
CONFEDERACY

VERSUS     JUDGE JAMES

THE CADDO PARISH COMISSION,     MAGISTRATE JUDGE HORNSBY
ET AL

**OPPOSITION TO PRELIMINARY INJUNCTIVE RELIEF**

NOW INTO COURT, through their undersigned counsel, come Caddo Parish Commissioners Steven Jackson, Lyndon Johnson, Matthew Linn, Jerald Bowman, Lynn Cawthorne, Stormy Gage-Watts, Louis Johnson, and the Caddo Parish Commission who respectfully oppose Plaintiff's Motion for Preliminary Injunctive Relief, as Plaintiff cannot carry the burden of proof required to obtain a Preliminary Injunction.

(Remainder of page intentionally left blank)

Respectfully submitted,

OFFICE OF THE PARISH ATTORNEY
PARISH OF CADDO

BY: ____s/Donna Y. Frazier_____
    Donna Y. Frazier, Bar Roll No. 24420
    Caddo Parish Attorney
    Henry M. Bernstein, Bar Roll No. 03011
    Assistant Parish Attorney
    Government Plaza
    505 Travis Street, Suite 810
    P. O. Box 1127
    Shreveport, Louisiana 71163-1127
    Telephone (318) 226-6947
    Facsimile (318) 226-6974
    ATTORNEYS FOR

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel of record in this matter via CM/ECF on, 2017.

Dick "Dave" Knadler
3223 First Street
Mansfield, LA 71502

                _____s/Donna Y. Frazier_____
                OF COUNSEL