UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY | CASE NUMBER: 17-CV-01346 |
| Plaintiff, | JUDGE: ROBERT G. JAMES |
| VERSUS | |
| THE CADDO PARISH COMMISSION, ET AL. | MAGISTRATE JUDGE: MARK L. HORNSBY |
| Defendants. | |

**MOTION FOR LEAVE OF COURT TO FILE THE CORRECT COPY OF REPLY MEMORANDUM TO MEMORANDUM IN OPPOSITION TO PRELIMINARY INJUNCTIVE RELIEF FILED BY THE DEFENDANTS**

NOW INTO COURT, comes undersigned counsel for the plaintiff, Shreveport Chpater 3237 of the United Daughters of the Confederacy, in the above-referenced matter and who respectfully moves:

1.

Plaintiff desires that this Honorable Court grant the plaintiff leave of court in order to file its correct copy of its' *Reply Memorandum to Memorandum in Opposition to Preliminary Injunctive Relief Filed by the Defendants* with the same exhibits that were submitted with it on November 27.

2.

Plaintiff shows that on or about November 27, 2017, undersigned counsel filed its' *Reply Memorandum to Memorandum in Opposition to Preliminary Injunctive Relief Filed by the Defendants* with attached exhibits.

3.

Plaintiff shows that undersigned counsel filed an unsigned rough-draft version of its' *Memorandum to Memorandum in Opposition to Preliminary Injunctive Relief Filed by the Defendants*. However, undersigned counsel did not become aware of his error until he reviewed his

1

files on December 1, 2017.

4.

Plaintiff further shows that the final version is not substantially different nor does it substantially advance any other arguments that were not filed on November 27 (i.e. it is neater and signed by undersigned counsel). And this is the representation made by undersigned counsel to opposing counsel Mr. Henry Bernstein on December 1.

5.

Plaintiff further shows that based on undersigned counsel's representations made in above-referenced Paragraph 4, said opposing counsel did not oppose this *Motion*.

Respectfully Submitted:

\\DICK "DAVE" KNADLER\\
_____
Dick "Dave" Knadler, Bar Roll #27829
3223 First Street
Mansfield, Louisiana 71052
(318) 925-1178
dknadler@hotmail.com

CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all attorneys of record in either the U.S. Mail or electronically this 1st day of December, 2017.

Respectfully Submitted:

\\DICK "DAVE" KNADLER\\
_____
Dick "Dave" Knadler, Bar Roll #27829