UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY | CASE NUMBER: 17-CV-01346 |
| Plaintiff, | JUDGE: ROBERT G. JAMES |
| VERSUS | |
| THE CADDO PARISH COMMISSION, ET AL. | MAGISTRATE JUDGE: MARK L. HORNSBY |
| Defendants. | |

**LIST OF WITNESSES AND EXHIBITS PURSUANT TO RULE 26 FILED BY PLAINTIFF**

WITNESS LIST

1). Lynda Gramling;

2). Dr. Gary Joiner, Ph. D (expert witness and historian);

3). William Nicholls (expert witness and retired engineer);

4). Jackie Nicholls; and

5). Chuck McMichaels.

EXHIBIT LIST

1). Doc. 10-2 thru 10-9 (in possession of opposing counsel);

2). Doc. 10-3 (in possession of opposing counsel);

3). Doc. 10-4 (in possession of opposing counsel);

4). Doc. 10-5 (in possession of opposing counsel);

5). Doc. 10-6 (in possession of opposing counsel);

6). Doc. 10-7 (in possession of opposing counsel);

7). Doc. 10-8 (in possession of opposing counsel);

8).  Doc.10-9 (in possession of opposing counsel);

9).  Doc. 16-6 (in possession of opposing counsel);

10).  Doc. 17-1 (in possession of opposing counsel;

11).  Photocopy of Map (1932) in actual size (provided to opposing counsel on Dec. 4); and

12).  Electronic Copy of Map by Surveyor General, LA (provided to opposing counsel on Dec. 4).

 Respectfully Submitted:

 \\Dick "Dave" Knadler\\

 _____
 Dick "Dave" Knadler, Bar Roll #27829
 3223 First Street
 Mansfield, Louisiana 71052
 (318) 925-1178
 dknadler@hotmail.com

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all attorneys of record in either the U.S. Mail or electronically this 04th day of December, 2017.

 Respectfully Submitted:

 \\Dick "Dave" Knadler\\

 _____
 Dick "Dave" Knadler, Bar Roll #27829