# PROPOSAL

*Quote for Disassemblement of monument & to place in storage at new location*

**DATE:** 07/15/2015

**PROPOSAL SUBMITTED TO:**
Caddo Parish
501 Texas St.
Shreveport, LA
318-226-6903 (Valerie)

**CENTRAL MONUMENT COMPANY**
P.O. BOX 99
KEITHVILLE, LA 71047
318-925-9595 FAX 318-925-8911

**ARCHITECT:** Tony Reynolds

We hereby propose to furnish the materials and perform the labor necessary for the completion of:

- City permits
- Police escorts
- 18 wheeler truck
- low boy flat trailer
- overhead crain
- (2) 5 ton trucks w/ boom lifts
- 8-10 labourers
- Disassemble statue & pedestal
- Wrap marble pieces for transport
- Sky Jack machine to take pieces inside building

Total Cost = $278,650.00

**CENTRAL MONUMENT, INC.**

Respectfully submitted
Per: Tony Reynolds

**ACCEPTANCE OF PROPOSAL**

EXHIBIT 5 &
DOC 12-7

**PROPOSAL**

*Quote for Disassemblement of monument & to Reassemble at new location*

DATE: 7-15-15

PROPOSAL SUBMITTED TO:
Caddo Parish
501 Texas St.
Shreveport, LA
318-226-6903 (Valerie)

**CENTRAL MONUMENT COMPANY**
12360 MANSFIELD RD
KEITHVILLE, LA 71047
318-925-9695  FAX 318-925-3911

ARCHITECT: Tony Reynolds

We hereby propose to furnish the materials and perform the labor necessary for the completion of:

- City Permits
- Police escorts
- 18 wheeler truck
- Low Boy flat bed trailer
- Overhead Crain
- (2) 5 ton trucks w/ boom lifts
- 10-12 labourers
- Disassemble statue and pedestal
- Wrap marble pieces for transport
- Sky Jack machine
- Reassemble monument

Material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of:

Total Cost Dollars ($ **$298,400.00**)

CENTRAL MONUMENT CO.

Respectfully submitted
Per: Tony Reynolds

Note - This proposal may be withdrawn by us if not accepted within _____ days

**ACCEPTANCE OF PROPOSAL**
The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

SIGNATURE
SIGNATURE

9450