UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY | CIVIL ACTION NO. 17-CV-01346 |
| VERSUS | JUDGE JAMES |
| THE CADDO PARISH COMISSION, ET AL | MAGISTRATE JUDGE HORNSBY |

**DEFENDANT'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT, MOTION FOR LEAVE TO FILE ITS ANSWER OUT OF TIME, PROPOSED ORDER AND ANSWER TO COMPLAINT**

NOW INTO COURT, through its undersigned counsel, comes the Caddo Parish Commission who asks the Court to deny plaintiff's motion for default judgment and grant defendant leave to file its answer out of time.

### A. INTRODUCTION

1. Plaintiff is Shreveport Chapter #237 of the United Daughters of the Confederacy.

2. Plaintiff sued defendant pursuant to 42 U.S.C. §1983 and 1988 for declaratory judgment, injunctive relief, nominal damages, punitive damages and attorney's fees to redress alleged violations of the plaintiff's rights as protected by the First, Fifth and Fourteenth Amendments of the U.S. Constitution.

3. On December 7, 2017, plaintiff filed a motion and request for default judgment.

4. At the time of this filing, a default judgment has not been entered.

5. Defendant Caddo Parish Commission attaches its original answer to this motion. The filing of defendant's original answer is conditioned on the denial of the motion/request for default judgment and the granting of this motion for leave to file.

## B. ARGUMENT

Although a court may render a default judgment against a party who has not filed a responsive pleading or otherwise defended the suit, this is not a case in which the Court should do so.

### 1. An Answer Has Been Filed

Upon receiving a copy of Plaintiff's Request and Motion for Default Judgment, Defendant filed an original answer. This answer was filed prior to entry of any default judgment and on the same day as Plaintiff's request for default. The Fifth Circuit has held that the court can refuse an entry of default where an answer has been filed and Plaintiff cannot show prejudice from any delay in filing. *Mason & Hanger-Silas Mason Co. v. Metal Trades Council*, 726 F.2d 16 (5th Cir. 1984). There has been no showing of prejudice to the defendant by the late filing of an answer, particularly since defendant has filed responses to the portion of the complaint requesting preliminary injunction.

2. **The Defendants have Taken Action to Otherwise Defend**

Default judgment against defendant is improper because the defendant showed an intent to defend the suit. The individual defendants have filed a Motion to Dismiss pursuant to Rule 12(b)(6) which, per the rules of procedure, had to be filed prior to any other pleadings. As stated above, all defendants have filed an Objection to the Request for Preliminary Injunction and Supporting Memorandum. Additionally, all defendants, including the Caddo Parish Commission have participated in telephone conferences before the Court on October 23, 2017 and December 1, 2017. The Fifth Circuit has held that participating in a conference before the Court is an action that shows an intent to defend. *New York Life Ins. v. Brown, 84 F.3d 137* (5th Cir. 1996).

### C. CONCLUSION

Because Defendants have filed an answer prior to entry of default and demonstrated a clear intent to defend the lawsuit, and because late filing of an answer does not prejudice the Plaintiff, Defendant Caddo Parish Commission respectfully requests this Court to grant leave to file the attached Answer to the Complaint out of time. Further, Defendant requests that the Court deem the Answer to be filed as of this date.

Page 3

Respectfully submitted,

OFFICE OF THE PARISH ATTORNEY
PARISH OF CADDO

BY: ___s/Donna Y. Frazier___
Donna Y. Frazier, Bar Roll No. 24420
Caddo Parish Attorney
Henry M. Bernstein, Bar Roll No. 03011
Assistant Parish Attorney
Government Plaza
505 Travis Street, Suite 810
P. O. Box 1127
Shreveport, Louisiana 71163-1127
Telephone (318) 226-6947
Facsimile (318) 226-6974
ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel of record in this matter via CM/ECF on December 7, 2017.

Dick "Dave" Knadler
3223 First Street
Mansfield, LA 71502

___s/Donna Y. Frazier___
OF COUNSEL

Page 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA SHREVEPORT DIVISION

SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY

CIVIL ACTION NO. 17-CV-01346

VERSUS

JUDGE JAMES

THE CADDO PARISH COMISSION, ET AL

MAGISTRATE JUDGE HORNSBY

## O R D E R

The foregoing Memorandum in Response to Plaintiff's Motion for Default Judgment having been considered, and good cause having been shown for the relief requested therein,

IT IS HEREBY ORDERED that Motion for Default Judgment is hereby DENIED, and Defendant Caddo Parish Commission is GRANTED leave to file its answer out of time.

THUS DONE AND SIGNED in _____, Louisiana, on this the \_\_\_\_\_ day of _____, 2017.

_____
JUDGE

Page 5