UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
(HELD IN MONROE)

**SHREVEPORT CHAPTER #237 OF**  **CASE NO. 5:17-CV-01346**
**THE UNITED DAUGHTERS OF THE**
**CONFEDERACY**

**VERSUS**  **JUDGE ROBERT G. JAMES**

**CADDO PARISH COMMISSION ET AL**  **MAGISTRATE JUDGE HORNSBY**

**MINUTES OF COURT:**
**Motion Hearing - Evidentiary**

| | | | |
|---|---|---|---|
| Date: | December 11, 2017 | Presiding: | Judge Robert G. James |
| Court Opened: | 8:30 A.M. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 12:40 P.M. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 04:10 | Courtroom: | 2nd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| Dick Dee Knadler   (RET) | For | Shreveport Chapter #237 of the United Daughters of the Confederacy, Plaintiff |
| Henry M Bernstein   (RET) | For | Caddo Parish Commission, Defendant |
| Donna Y Frazier   (RET) | For | Caddo Parish Commission, Defendant |

**PROCEEDINGS**

Hearing on Plaintiff's Motion for Preliminary Injunction (Doc. No. 1)
Testimony received from witnesses listed on attached witness list.
Evidence received as listed on attached exhibits lists.
Argument received from counsel.

**RULINGS/COMMENTS:**

The **Motion to Dismiss [Doc. No. 11]** filed by the individual Commissioners is GRANTED.

Courts have held that when the government entity itself is a defendant, claims against entity members/officers in their official capacities are redundant and appropriate for dismissal. Castro Romero v. Becken, 256 F.3d 349, 354 (5th Cir. 2001)("The district court was also correct in dismissing the allegations against all of the municipal officers ... in their official capacities, as these allegations duplicate claims against the respective governmental entities themselves."); Broussard v. Lafayette City-Parish Consolidated Government, 45 F.Supp.3d 553, 571 (W. D. La. 2014) ("When, as in this case, the government entity itself is a defendant in the litigation, claims against specific individuals in their official capacities are redundant, and ... it is appropriate to dismiss them."); and Glaster v. City of Mansfield, 2015 WL 852412, *10 (W. D. La. 2015) (same; collecting cases).

Hooker v. Campbell, No. 16-CV-0229, 2016 WL 6892924, at *3 (W.D. La. Sept. 14, 2016), report and recommendation adopted, No. 16-CV-0229, 2016 WL 6892498 (W.D. La. Nov. 22, 2016).

In this case, the dismissal of the Commissioners streamlines the litigation and does not prejudice Plaintiff in the slightest to eliminate the Commissioners in their official capacities as defendants. The redundant claims are therefore DISMISSED.

The **Motion for Preliminary Injunction [Doc. No. 1**] is taken under advisement.

**FILINGS:**
Witness List
Exhibit List