UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTE**          **CASE NO. 5:17-CV-01346**

**VERSUS**          **JUDGE ROBERT G. JAMES**

**CADDO PARISH COMMISSION ET AL**          **MAGISTRATE JUDGE HORNSBY**

### EXHIBIT LIST
### Evidentiary Hearing 12/11/17

**PARTY:** DEFENDANT

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 25 | Caddo Parish Commission Resolution No. 72 of 2016 | 12/11/17 |
| 26 | Caddo Parish Commission Minutes from October 19, 2017 | 12/11/17 |
| 27 | Caddo Parish Commission Resolution No. 69 of 2017 | 12/11/17 |
| 28 | Caddo Parish Commission Minutes from August 18, 2016 | 12/11/17 |
| 29 | Quote to disassemble and move Confederate Monument | 12/11/17 |
| 30 | Maps showing location of courthouse in 1857 | 12/11/17 |
| 31 | Minutes of the Citizens Advisory Committee meetings | 12/11/17 |
| 32 | Times-Picayune article regarding removal of Confederate Flag | 12/11/17 |
| 33 | Agendas from Citizens Advisory Committee meetings | 12/11/17 |
| 34 | Agendas and minutes from Citizens Advisory Committee meetings | 12/11/17 |

Case 5:17-cv-01346-RGJ-MLH Document 33 Filed 12/11/17 Page 2 of 2 PageID #: 693