UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY | CIVIL ACTION NO. 17-CV-01346 |
| VERSUS | JUDGE JAMES |
| THE CADDO PARISH COMISSION, ET AL | MAGISTRATE JUDGE HORNSBY |

DEFENDANTS' ORIGINAL ANSWER

NOW INTO COURT, through their undersigned counsel, come Caddo Parish Commissioners Steven Jackson, Lyndon Johnson, Matthew Linn, Jerald Bowman, Lynn Cawthorne, Stormy Gage-Watts, Louis Johnson, and the Caddo Parish Commission who file this original answer to Shreveport Chapter #237 United Daughters of the Confederacy's original complaint.

**A. ADMISSIONS & DENIALS**

1. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph one.

2. Defendants admit the allegations of paragraph two (jurisdiction).

3. Defendants admit the allegations of paragraph three (venue).

4. Defendants denies that declaratory relief is authorized.

5. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph one.

6. Defendants admit that the Caddo Parish Commission is the governing authority for the Parish of Caddo, is a political subdivision of the State of Louisiana, and is composed of twelve members elected to four year terms from single member districts. Defendants deny the remainder of the allegations of paragraph six.

7. Defendant Steven Jackson admits he is the president of the Caddo Parish Commission and that he represents Commission District Three. Defendant denies the remainder of the allegations of paragraph seven.

8. Defendant Lyndon B. Johnson admits that he represents Commission District Two. Defendant denies the remainder of the allegations of paragraph eight.

9. Defendant Matthew Linn admits that he represents Commission District Four. Defendant denies the remainder of the allegations of paragraph nine.

10. Defendant Jerald Bowman admits that he represents Commission District Five. Defendant denies the remainder of the allegations of paragraph ten.

11. Defendant Lynn D. Cawthorne admits that he represents Commission District Six. Defendant denies the remainder of the allegations of paragraph eleven.

12. Defendant Stormy Gage-Watts admits that she represents Commission District Seven. Defendant denies the remainder of the allegations of paragraph twelve.

13. Defendant Louis Johnson admits that he represents Commission District Twelve. Defendant denies the remainder of the allegations of paragraph 13.

14. Defendants admit that it passed a resolution to seek all legal means to remove the Confederate Monument from its public property, Caddo Parish Courthouse Square.

15. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 15.

16. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 16.

17. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 17.

18. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 18.

19. Defendants deny the allegations in paragraph 19.

20. Defendants admit that the Caddo Parish Commission appointed a Citizens Advisory Committee to make a recommendation to the Commission concerning the Confederate Monument, and that the recommendation was to leave the Confederate Monument and to erect additional monuments to Reconstruction and Civil Rights.

21. Defendants admit that Case No. 603,127 was pending in the First Judicial District Court of Caddo Parish at the time Plaintiff filed its complaint.

22. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 22.

23. Defendants deny the allegations in paragraph 19.

24. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 24.

25. Defendants deny the allegations in paragraph 25.

26. Defendants lack sufficient knowledge or information to form a belief about the truth of paragraph 26.

27. Defendants deny the allegations in paragraph 27.

## B. PRAYER

For these reasons, defendants ask the Court to enter judgment that plaintiff take nothing, dismiss plaintiff's suit with prejudice, assess costs against plaintiff, and award defendant all other relief the Court deems appropriate.

(Remainder of the page intentionally left blank)

Respectfully submitted,

OFFICE OF THE PARISH ATTORNEY
PARISH OF CADDO

BY: ____s/Donna Y. Frazier_____
Donna Y. Frazier, Bar Roll No. 24420
Caddo Parish Attorney
Henry M. Bernstein, Bar Roll No. 03011
Assistant Parish Attorney
Government Plaza
505 Travis Street, Suite 810
P. O. Box 1127
Shreveport, Louisiana 71163-1127
Telephone (318) 226-6947
Facsimile (318) 226-6974
ATTORNEYS FOR

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel of record in this matter via CM/ECF on December 7, 2017.

Dick "Dave" Knadler
3223 First Street
Mansfield, LA 71502

_____s/Donna Y. Frazier_____
OF COUNSEL