UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF UNITED DAUGHTERS OF THE CONFEDERACY | CIVIL ACTION NO. 17-01346 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CADDO PARISH COMMISSION, ET AL. | MAG. JUDGE MARK L. HORNSBY |

# ORDER

For the reasons set forth in this Court's Ruling,

IT IS ORDERED that Plaintiff's motion for preliminary injunction [Doc. No. 1], contained in its Complaint, is DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion for a temporary restraining order [Doc. No. 10] is DENIED AS MOOT.

MONROE, LOUISIANA, this 26th day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE