UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY | CASE NUMBER: 17-CV-01346 |
| Plaintiff, | JUDGE: ROBERT G. JAMES |
| VERSUS | |
| THE CADDO PARISH COMMISSION, ET AL. | MAGISTRATE JUDGE: MARK L. HORNSBY |
| Defendants. | |

**MOTION FOR LEAVE OF COURT TO FILE MOTION FIRST-AMENDED COMPLAINT FILED BY THE PLAINTIFF**

NOW INTO COURT, comes undersigned counsel for the plaintiff SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY in the above-referenced matter and who respectfully moves:

1.

Plaintiff desires that this Honorable Court grant the plaintiff leave of court in order to file its *First-Amended Complaint* which was filed in the record on February 12, 2018.

2.

Plaintiff shows that it has sought but did not obtain consent from the defendants.

Respectfully Submitted:

//Dick "Dave" Knadler//

_____
Dick "Dave" Knadler, Bar Roll #27829
3223 First Street
Mansfield, Louisiana 71052
(318) 925-1178
cell (318) 453-4758
dknadler@hotmail.com

CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Modify the Scheduling Order has been served upon all attorneys of record in either the U.S. Mail or electronically this 12th day of February, 2018.

Respectfully Submitted:

//Dick "Dave" Knadler//
_____
Dick "Dave" Knadler, Bar Roll #27829
3223 First Street
Mansfield, Louisiana 71052
(318) 925-1178, dknadler@hotmail.com