UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY | CASE NUMBER: 17-CV-01346 |
| Plaintiff, | JUDGE: ROBERT G. JAMES |
| VERSUS | |
| THE CADDO PARISH COMMISSION, ET AL. | MAGISTRATE JUDGE: MARK L. HORNSBY |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Shreveport Chapter #237 of the United Daughters of the Confederacy (a non-profit entity with EIN 72-6034845), declares that it has a parent corporation named the Louisiana Division United Daughters of the Confederacy which is a 501 (c) (3) in good standing in the State of Louisiana; and no publically traded corporation currently owns 10% or more of its stock.

DATED: February 12, 2018                    Respectfully Submitted:

//Dick "Dave" Knadler//
_____
Dick "Dave" Knadler (#27829)
Law Office of Dick "Dave" Knadler, LLC
3223 First Street
Mansfield, Louisiana 71052
(318) 925-1178
*Attorney for Plaintiff*

**CERTIFICATE**

      I hereby certify that a copy of the above and foregoing has been served upon all attorneys of record in the U.S. Mail and electronically this 12th day of February, 2018.

      Respectfully Submitted:

      \\Dick "Dave" Knadler\\

      _____
      Dick "Dave" Knadler, Bar Roll #27829
      3223 First Street
      Mansfield, Louisiana 71052
      (318) 925-1178, dknadler@hotmail.com