UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF UNITED DAUGHTERS OF THE CONFEDERACY | CIVIL ACTION NO. 17-01346 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CADDO PARISH COMMISSION, ET AL. | MAG. JUDGE KAREN L. HAYES |

## ORDER

Upon consideration,

IT IS ORDERED that Plaintiff's "First-Motion to Extend Deadlines and Modify Scheduling Order Pursuant to Rule 16(b)(4)" [Doc. No. 45] is GRANTED IN PART and DENIED IN PART. To the extent that Plaintiff sought an extension of deadlines and modification of the Court's abbreviated scheduling order [Doc. No. 41], the motion is GRANTED. To the extent that Plaintiff sought a 12-week extension, the motion is DENIED. The Court's January 30, 2018 Abbreviated Scheduling Order is MODIFIED as follows:

| | |
|---|---|
| PARTIES' EXPERT REPORTS DELIVERED TO OPPOSING COUNSEL | March 12, 2018 |
| DISCOVERY COMPLETION DEADLINE | April 9, 2018 |
| FILING MOTIONS TO COMPEL | April 9, 2018 |
| DISPOSITVE MOTIONS | April 9, 2018 |
| EXPERTS AVAILABLE FOR DEPOSITIONS TWO WEEKS BEFORE THIS DATE | April 9, 2018 |

| | |
|---|---|
| PRE-TRIAL ORDER FILED | May 21, 2018[1] |
| PRETRIAL MEMORANDA | May 21, 2018 |
| MOTIONS IN LIMINE | May 3, 2018 |
| PRE-TRIAL CONFERENCE | May 29, 2018, at 10:00 a.m. before the undersigned |
| PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW | June 15, 2018 |
| JOINT VERDICT FORM | June 15, 2018 |
| BENCH TRIAL | June 25, 2018 |

No other deadlines will be re-set unless a motion is filed. Counsel is reminded that the Abbreviated Scheduling Order, though modified, contains instructions and guidance which will still apply. Counsel should consult the Abbreviated Scheduling Order [Doc. No. 41] prior to calling Chambers with questions about any deadlines and/or preparation of required documents.

MONROE, LOUISIANA, this 14th day of February, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1] The Court will not set deadlines for counsel to confer and serve proposed contents of the pre-trial order. The Court trusts that counsel can arrange the preparation of the pre-trial order, so that it is timely filed.