# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **SHREVEPORT CHAPTER #237 OF UNITED DAUGHTERS OF THE CONFEDERACY** | **CIVIL ACTION NO.  17-01346** |
| **VERSUS** | **JUDGE ROBERT G.  JAMES** |
| **CADDO PARISH COMMISSION, ET AL.** | **MAG.  JUDGE MARK L. HORNSBY** |

## ORDER

Upon consideration,

IT IS ORDERED that Plaintiff's Motion To Strike Defendant's Opposition To Plaintiff's Motion To Reconsider [Doc. No. 61] is DENIED, as the Court finds Plaintiff has not been prejudiced by the late submission. Should Plaintiff wish to file a Reply to Defendant's Memorandum In Opposition [Doc. No. 60], its Reply is due on or before April 18, 2018.

MONROE, LOUISIANA, this 10th day of April, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE