UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF UNITED DAUGHTERS OF THE CONFEDERACY | CIVIL ACTION NO. 17-1346 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CADDO PARISH COMMISSION, ET AL. | MAG. JUDGE MARK L. HORNSBY |

**ORDER**

For the reasons set forth in this Court's Ruling,

IT IS ORDERED that the Appeal, styled as "Motion for Reconsideration and Objections to Ruling Granting the Protective Order filed by Defendant" [Doc. No. 62], submitted by Plaintiff Shreveport Chapter #237 of the United Daughters of the Confederacy, is GRANTED IN PART and DENIED IN PART, as follows: the Appeal is GRANTED to the extent it seeks reversal of that portion of the Magistrate Judge's Ruling granting a protective order prohibiting Plaintiff from deposing Commissioner Steven Jackson with regard to the statements made on his web blog; the Appeal is DENIED to the extent it seeks reversal of that portion of the Magistrate Judge's Ruling granting a protective order prohibiting Plaintiff from deposing Commissioners Lyndon Johnson, Matthew Linn, and Stormy Gage-Watts.

IT IS FURTHER ORDERED that in light of the very limited scope of inquiry the Court has allowed pursuant to its Ruling, Commissioner Jackson's deposition shall be LIMITED to no more than one (1) hour in duration.

MONROE, LOUISIANA, this 26th day of April, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE