UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY | CIVIL ACTION NO. 17-CV-01346 |
| VERSUS | JUDGE JAMES |
| THE CADDO PARISH COMISSION, ET AL | MAGISTRATE JUDGE HORNSBY |

## MOTION FOR SUMMARY JUDGMENT

The Caddo Parish Commission respectfully moves for summary dismissal of Plaintiffs' claims. For the reasons set forth in the attached memorandum, Plaintiff's claims fail as a matter of law. In particular, plaintiffs cannot demonstrate a property interest in the land upon which the Confederate Monument sits and therefore cannot assert First, Fifth and Fourteenth Amendment Claims. Defendant hereby adopts as its summary judgment evidence the attached exhibits, as well as the items incorporated by reference to prior case filings  Plaintiffs' claims should be dismissed with prejudice and at plaintiffs' cost.

Respectfully submitted,

OFFICE OF THE PARISH ATTORNEY
PARISH OF CADDO


BY:     s/Donna Y. Frazier
    Donna Y. Frazier, Bar Roll No. 24420
    Caddo Parish Attorney
    Henry M. Bernstein, Bar Roll No. 03011
    Assistant Parish Attorney Government Plaza
    505 Travis Street, Suite 810
    P. O. Box 1127
    Shreveport, Louisiana 71163-1127
    Telephone (318) 226-6947
    Facsimile (318) 226-6974
    ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

  I certify that a copy of the foregoing was served on counsel of record in this matter via CM/ECF on May 31, 2018.

Dick "Dave" Knadler
3223 First Street
Mansfield, LA  71502

              _____s/Donna Y. Frazier_____
              OF COUNSEL