

# The Confederate Memorial
## Arlington National Cemetery



Confederate Memorial
Arlington National Cemetery
(c) M. R. Patterson, July 1997

Photo By Michael Robert Patterson, (c) July 1997

EXHIBIT
7

Case 5:17-cv-01346-RGJ-MLH   Document 93-12   Filed 06/22/18   Page 2 of 25  PageID #:
1700







Case 5:17-cv-01346-RGJ-MLH   Document 93-12   Filed 06/22/18   Page 3 of 25 PageID #:
1701





**Photos Courtesy of Ron Williams**



**Confederate Memorial Postcard, 1927**
**Collection of Michael Robert Patterson**



AMERICAN
MEMORY

In 1898, President McKinley delivered a speech before the Georgia legislature that urged the U.S. government to assume
responsibility for the care of graves of Confederate dead. The first attempt at putting McKinley's idea into practice occurred
at Virginia's Arlington National Cemetery. Encouraged by research and petitions presented by Confederate veterans in
Washington, D.C., the federal government in 1900 agreed to reinter the Confederate dead buried in gravesites scattered in
Washington-area cemeteries into a consolidated Confederate section at Arlington. The success of the experiment at Arlington
ultimately led to legislation authorizing the War Department to assume the care of the graves of almost 30,000 Confederates
buried in national cemeteries in the North.

This effort on behalf of the Confederate dead provides yet another avenue for studying sectional reconciliation in the
late-nineteenth and early twentieth centuries. By focusing on the valorous deeds of the dead, living veterans from both sides of
the Mason-Dixon Line united in celebration of the common soldier. But though the good will created by reburial and
re-marking projects was genuine, the Arlington experience also revealed the limits and complexities of sectional
reconciliation. The dead were purposefully segregated within cemeteries, causation of the war was studiously ignored in
memorial speeches, and white southern women refused to allow the government to interfere with their sacred trust in caring
for Confederate graves in the South, all to maintain the careful equilibrium that allowed former Confederates and Yankees to
coexist.

**Click Here For The Address By Fr. Anderson (SCV): June 1999**

Click Here For A History Of The Confederate Memorial Written By The United Daughters Of The Confederacy In 1914

Case 5:17-cv-01346-RGJ-MLH   Document 93-12   Filed 06/22/18   Page 5 of 25   PageID #:
1703

Click Here To Read President Woodrow Wilson's Acceptance Of The Memorial On 14 June 1914

| | |
|---|---|
| The Memorial was sculpted by Moses Ezekiel, a Confederate Veteran, who is buried near the base of the Memorial. The Memorial is located in Section 16. | In 1900, a Confederate Section was authorized in Arlington National Cemetery (now Section 16) and Confederate casualties from around the cemetery were gathered and re-interred in that Section. |
| President William Howard Taft authorized the placement of a Confederate Memorial in that Section and funds were collected by the United Daughters of the Confederacy. Peace is the central theme of the Memorial. It is 32.5 feet in height and is topped by a heroic-sized figure of a woman, crowned with olive leaves, her face turned toward the South. In her outstretched left hand is a laurel wreath, and in the right hand is a plough stock and a pruning hook. Carved around the Memorial is the verse from Isaiah:<br><br>"They shall beat their swords into plowshares, and their spears into pruning hooks." | A circular frieze of 32 life-sized figures shows Southern soldiers going off to war. Their sad homecoming dominates the middle part of the monument. Over it are carved the seals of the Southern states which comprised the Confederacy.<br><br>The South side of the Monument bears this dedication:<br><br>"To our dead heroes, by the United Daughters of the Confederacy. "Victrix causa diis placuit sed victa Catoni." (The victorious cause was pleasing to the Gods, but the lost cause to Cato.) |
| On the North side of the Memorial is carved the inscription written by Dr. Randolph Harrison McKim, who went from the ranks of the Confederate Army into the Ministry, and was the rector of Epiphany Church in Washington for 32 years. The inscription reads:<br><br>"Not for fame or reward -<br>Not for place or for rank -<br>Not lured by ambition -<br>Or goaded by necessity -<br>But in simple -<br>Obedience to duty -<br>As they understood it<br>These men suffered all -<br>Sacrificed All -<br>Dared all - And Died -" | When the cornerstone of the Monument was laid in 1912 one of the speakers was Corporal James Tanner, Commander-in-Chief of the Grand Army of the Republic.<br><br>The Monument was finally dedicated on June 4, 1914 with President Woodrow Wilson making the principal address before a crowd which included thousands of former Union and Confederate soldiers. Peace had finally come to our Nation again! |

**Look Away, Dixieland**
Bush may have rebuked Lott for his praise of Strom Thurmond, but the President recently revived a practice of paying homage to an even greater champion of the Confederacy

**COURTESY OF THE CONFEDERATE MEMORIAL ASSOCIATION**
A wreath sent by President Bush to the confederate monument

**Sunday, January 19, 2003**
George W. Bush issued a stern rebuke to Senator Trent Lott in December for his praise of the segregationist 1948 presidential bid of Strom Thurmond. But Bush has revived a practice of paying homage to an even greater champion of the Confederacy—Jefferson Davis.

Last Memorial Day, for the second year in a row, Bush's White House sent a floral wreath to the Confederate Memorial in Arlington National Cemetery. Six days later, as the United Daughters of the Confederacy celebrated Jefferson Davis' birthday there, Washington chapter president Vicki Heilig offered a "word of gratitude to George W. Bush" for "honoring" the Old South's dead.

Bush has quietly reinstated a tradition dating back to Woodrow Wilson that his father had halted in 1990. The elder Bush was weary of infighting among various Confederacy groups, so his White House quit participating altogether. The current Bush White House denies any change in policy. But John Edward Hurley, head of the Confederate Memorial Association in Washington, says, "No one saw a wreath from 1990 until George W. Bush got elected," and other participants in the annual event support his account.



It's not clear why, after more than a decade's lapse, the current Bush White House resumed this symbolic tribute

to the Old South. But one of the organizations connected to the ceremony is the Sons of Confederate Veterans, whose "Chief Aide-de-Camp" is Richard T. Hines, a politically active lobbyist from South Carolina. In that state's brutal 2000 Republican primary, Hines reportedly helped finance tens of thousands of letters blasting Bush rival John McCain for failing to support the flying of the Confederate flag over the state capitol. Hines declined to comment.











Case 5:17-cv-01346-RGJ-MLH   Document 93-12   Filed 06/22/18   Page 9 of 25   PageID #:
1707





Case 5:17-cv-01346-RGJ-MLH   Document 93-12   Filed 06/22/18   Page 10 of 25  PageID #:
1708





Case 5:17-cv-01346-RGJ-MLH   Document 93-12   Filed 06/22/18   Page 11 of 25   PageID #:
1709





Case 5:17-cv-01346-RGJ-MLH　Document 93-12　Filed 06/22/18　Page 12 of 25　PageID #: 1710













Case 5:17-cv-01346-RGJ-MLH   Document 93-12   Filed 06/22/18   Page 15 of 25 PageID #:
1713



Photos By M. R. Patterson, 28 June 2003

**Confederate Memorial Ceremony: 8 June 2008**





## Confederate Memorial Services

Sunday, June 8, 2008 - 3:00 p.m.
Confederate Monument, Jackson Circle
Arlington National Cemetery
Under the Auspices of the
Confederate Memorial Committee
of the District of Columbia
On the occassion of the
200 Birth Anniversary
of President Jefferson Davis

"Victrix Causa Deis Placult, Sied Victa Catoni"

The Confederate Monument, Arlington National Cemetery, was dedic
June 4, 1914, by President Woodrow Wilson. It is a towering bronze
ument in the center of the Confederate Section at Jackson Circle, wh
several hundred Confederate soldiers and their wives are buried. Th
grave of the sculptor, Sir Moses Ezekiel, is at the base of the monur

"Not for fame or reward, not for place or rank,

Annual Confederate Memorial Services
Commemorating the 200th Birth Anniversary of
Jefferson Davis
American Patriot, Soldier, Statesman
President, Confederate States of America
And the 94th anniversary of the dedication of the Confederate monument.

### JEFFERSON DAVIS, 1808 – 1889

June 3, 2008 was the 200th anniversary of the birth of Jefferson Davis.
This great American soldier, patriot & the President of the Confederate
States of America was the hero of the Battle of Buena Vista and one of
America's most outstanding statesmen. Jefferson Davis, the son of Samuel
Emory Davis, a revolutionary soldier, from boyhood to maturity wore the
uniform of an American soldier. He truly loved and served our country.

Sunday afternoon, Eighth of June 2008, 3:00PM
Confederate Monument, Jackson Circle, Arlington National Cemetery

Marshals and Ushers ---------- Members of Jefferson Davis Camp 305

Programme

PRESIDING ----------------------------------------------- Mrs. Cathy Bowling
INVOCATION-----------------------------------------The Reverend James Borom,
Chapel of Saint Charles, King & Martyr, Mayesville, SC
Presentation of the Colors
"The Star Spangled Banner"
"Dixie"
"How Firm a Foundation" – President Davis' favorite hymn
"Carolina", the State Song of South Carolina --------- Miss Kathleen Mayes Hines
Introduction of the Guest Speaker ---------------------- Commander Brag Bowling
ADDRESS ----------------------------------------------- Honorable Thomas Moore

#### Presentation of Memorial Wreaths

The Sons of Confederate Veterans -------------------- CDR Bragg Bowling
The Most Noble Order of the Sword of Lee ---------- CDR Richard T. Hines
The Cherokee Nation ----------------------------------- James W. Freeman
PVT Shelby Dye, 4th Mississippi Infantry Regiment

#### Presentation of Memorial Wreaths

The Sons of Confederate Veterans -------------------- CDR Bragg Bowling
The Most Noble Order of the Sword of Lee --------- CDR Richard T. Hines
The Cherokee Nation ----------------------------------- James W. Freeman
PVT Shelby Dye, 4th Mississippi Infantry Regiment
Ruffin Fire-eaters Camp 3000, SCV --- ----------- CDR Bragg Bowling
Jefferson Davis Camp 305, SCV ------------------ Vice- CDR Tony Lund
The Alabama Division ---------------------------------CDR Leonard R. Wilso
The Arkansas Division --------------------------------- CDR Charles O. Dunn
The California Division ---------------------------------- CDR Kenneth E. Rams
The Colorado Division ---------------------------------- CDR Gary C. Mitchell
The Florida Division ------------------------------------ CDR Douglas O. Daws
The Georgia Division ----------------------------------- CDR Charles A. Lott, .
The Kansas Division ------------------------------------CDR Denver L. Erick:
The Louisiana Division ---------------------------------- CDR Milton T. Owens
The Maryland Division ----------------------------------CDR Clarence w. Woe
The Mississippi Division --------------------------------CDR Larry A. McClun
The Oklahoma Division --------------------------------- CDR Thomas R. Pric
The Oregon Division -------------------------------------CDR Brent A. Jacobs
The North Carolina Division --------------------------CDR Thomas A. Smi
The New Mexico Division ------------------------------CDR James P. Red
The Pennsylvania Division -----------------------------CDR James K. Palm
The South Carolina Division ----------------------------CDR Randall B. Bu
The Texas Division---------------------------------------CDR Hiram G. Mann
The Tennessee Division ----------------------------------CDR Michael R. B
The Virginia Division -------------------------------------CDR John N. Sawye
The West Virginia Division --------------------------------CDR Rodger L. War

"The Bonnie Blue Flag"
Retiring of the Colors
Firing of the Memorial Salute ----------- Knibbs Battery, CSA Artillery
"Taps"
Benediction -------------------------------- The Reverend James Borom

#### PRESENTATION OF THE CMC WREATH AT THE TOMB OF THE UN

In tribute to our nation's honored dead, the Confederate Memorial C
wreath will be placed at the Tomb of the Unknowns by Miss Kathlee
Hines. All are invited to attend this concluding portion of our ceremo
and remembrance



## The Confederate Memorial Committee of the District of Columbia

Memorial services were conducted for several years by the Untied Confederate Veterans on the Sunday nearest the birthday of Jefferson Davis, June 3. When the veterans themselves were no longer able to continue due to age and infirmity and the deaths of many of their members, the services at Arlington were turned over to the Jefferson Davis Camp 305 of the Sons of Confederate Veterans.

The camp continued the services for a number of years and then in the 1940s proposed the formation of an independent committee from various Confederate patriotic organizations in the Washington, DC area. The committee was formed from representatives from five Confederate heritage organizations & called "The Confederate Memorial Committee of the District of Columbia". The Committee was given one specific duty of conducting the annual memorial services at Arlington National Cemetery on the first Sunday in June. From that time, the Confederate memorial Committee has arranged and held these annual services. The Chairman of the CMC is MAJ James W. Freeman, USA, Retired.

### Our Special Appreciation To

Mr. John Metzler, Superintendent, Arlington National Cemetery
Mr. Thomas Sherlock, Historian, Arlington National Cemetery
Mr. Adam Owens, presenter of the Louisiana Division wreath
MG Richard A. Rowe, Jr, Commanding General, Military District of Washington
CDR Christopher Sullivan, Commander in Chief, Sons of Confederate Veterans
CDR John N. Sawyer, Commander Virginia Division, SCV

This Year's ceremony is also sacred to the memory of the honorable and dedicated war service of

PO3 Wayne Thomas Bankhead, Acting Chief, USS Champion, USN, WWII
PVT Shelby Dye, 4th Mississippi Infantry Regiment, CSA
PVT William James (Little Thunder) Freeman, 4th Missouri Partisan Rangers, CSA
SGT Ernest Hicks Freeman, USAAC, WWII
LCPL Cloyde Pinson, USMC, KIA, Vietnam

### Ode to the Confederate Dead

Stoop, angels, hither from the skies!
There is no holier spot of ground
Than where defeated valor lies
By mourning beauty crowned!
Henry Timrod

http://www.arlingtoncemetery.net/csa-mem.htm
Case 5:17-cv-01346-RGJ-MLH   Document 93-12   Filed 06/22/18   Page 20 of 25  PageID #: 1718







Case 5:17-cv-01346-RGJ-MLH   Document 93-12   Filed 06/22/18   Page 23 of 25 PageID #:
1721





Case 5:17-cv-01346-RGJ-MLH   Document 93-12   Filed 06/22/18   Page 25 of 25 PageID #: 1723



Photos Courtesy of Holly, 8 June 2008



**Updated: 20 January 2009**

Webmaster: **Michael Robert Patterson**