# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY** | **CASE NUMBER: 17-CV-01346** |
| **Plaintiff,** | **JUDGE: ROBERT G. JAMES** |
| **VERSUS** | |
| **THE CADDO PARISH COMMISSION, et al.** | **MAGISTRATE JUDGE: MARK L. HORNSBY** |
| **Defendants.** | |

## ORDER

This matter having come before the Court on Plaintiff's "Motion for Leave of Court in order to file and add Exhibits18 AND 18-A to Plaintiff's Memorandum in Opposition to Motion [i.e. Doc. 92]for Summary Judgment Filed by the Defendant." and the Court having read and considered the same, the Court hereby GRANTS Plaintiff's "Motion for Leave of Court in order to File and Add Exhibits18 AND 18-A to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment Filed By Defendant".

Whereby the Plaintiff can file its Memorandum in Opposition to Motion for Summary Judgment Filed By Defendant on the ___ day of June, 2018.

SO ORDERED, this ____ day of _____, 2018.


_____
DISTRICT JUDGE