# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY** | **CASE NUMBER: 17-CV-01346** |
| **Plaintiff,** | **JUDGE: ROBERT G. JAMES** |
| **VERSUS** | |
| **THE CADDO PARISH COMMISSION, ET AL.** | **MAGISTRATE JUDGE: MARK L. HORNSBY** |
| **Defendants.** | |

## MOTION FOR LEAVE OF COURT TO FILE SURREPLY AND REQUEST FOR ORAL ARGUMENTS

Plaintiff respectfully file this *Motion for Leave to File Surreply and Request for Oral Arguments* ("Motion for Leave").

1.

Plaintiff respectfully submit that a surreply is warranted to respond to the Defendant's inaccurate characterization of facts and law in the Defendant's *Reply Memorandum to Opposition to Motion for Summary Judgment*.

2.

Although the facts and legal arguments are adequately presented in the briefs and record of Plaintiff, the decisional process would be significantly aided by oral argument because of the inaccurate factual and legal presentations made by Defendant in both its *Memorandum in Support of Motion for Summary Judgment* and in its *Reply Memorandum to Opposition to Motion for Summary Judgment*.

3.

The Defendant opposes this *Motion for Leave*.

The plaintiff desires that this Honorable Court grant its said Plaintiff's *Motion for Leave of Court to File a Surreply and Request for Oral Arguments.*

**Stonewall, DeSoto Parish, Louisiana, this 10th day of July, 2018.**

**Law Office of Dick "Dave" Knadler, LLC
3223 First Street
Mansfield, Louisiana 71052**

//Dick "Dave" Knadler//
BY: _____
**Dick Dee "Dave" Knadler, Attorney for Shreveport Chapter #237 of the United Daughters of the Confederacy (UDC)**

CERTIFICATE

I hereby certify that on the 10th day of July, 2018 a copy of the foregoing Motion for Leave was filed electronically with the Clerk of Court using the CM/ECF system. Notice of his filing will be sent to all parties by operation of the Court's electronic filing system.

//Dick "Dave" Knadler//
_____
OF COUNSEL