# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY | CASE NUMBER: 17-CV-01346 |
| **Plaintiff,** | **JUDGE: ROBERT G. JAMES** |
| **VERSUS** | |
| THE CADDO PARISH COMMISSION, ET AL. | **MAGISTRATE JUDGE: MARK L. HORNSBY** |
| **Defendants.** | |

## <u>MOTION FOR LEAVE OF COURT TO FILE SURREPLY AND REQUEST FOR ORAL ARGUMENTS</u>

Plaintiff respectfully file this *Motion for Leave to File Surreply and Request for Oral Arguments* ("Motion for Leave").

1.

Plaintiff respectfully asks leave of court in order to submit its surreply.  The said surreply is warranted in order to respond to the Defendant's inaccurate characterization of facts and law in the Defendant's *Reply Memorandum to Opposition to Motion for Summary Judgment*.  The Defendant's inaccurate characterization of facts is given in more detail in its surreply.

2.

Although the facts and legal arguments are adequately presented in the briefs and record of Plaintiff, mover respectfully requests oral arguments because the decisional process would be significantly aided by correcting the inaccurate factual and legal presentations made by Defendant in both its *Memorandum in Support of Motion for Summary Judgment* and in its *Reply Memorandum to Opposition to Motion for Summary Judgment*.

3.

The Defendant opposes this *Motion for Leave*.

The plaintiff desires that this Honorable Court grant Plaintiff's *Motion for Leave of Court to File a Surreply and Request for Oral Arguments.*

Stonewall, DeSoto Parish, Louisiana, this 11th day of July, 2018.

**Law Office of Dick "Dave" Knadler, LLC**
**3223 First Street**
**Mansfield, Louisiana 71052**

**//Dick "Dave" Knadler//**
**BY: _____**
**Dick Dee "Dave" Knadler,**
**Attorney for Shreveport Chapter**
**#237 of the United Daughters of**
**the Confederacy (UDC)**

CERTIFICATE

I hereby certify that on the 11th day of July, 2018 a copy of the foregoing Motion for Leave was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of his filing will be sent to all parties by operation of the Court's electronic filing system.

//Dick "Dave" Knadler//
_____
OF COUNSEL