UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF UNITED DAUGHTERS OF THE CONFEDERACY | CIVIL ACTION NO.   17-01346 |
| VERSUS | JUDGE ROBERT G.   JAMES |
| CADDO PARISH COMMISSION, ET AL. | MAG.   JUDGE MARK L. HORNSBY |

## ORDER

Upon consideration,

IT IS ORDERED that Plaintiff's Motion for Leave of Court to File a Surreply [Doc. No. 103] is GRANTED IN PART and DENIED IN PART as follows: the Court will consider only Sections III and IV of Plaintiff's proposed surreply (found at pp. 5-7 of Doc. No. 101-1), as the remainder of the proposed surreply merely repeats arguments already made in Plaintiff's memorandum in opposition.

IT IS FURTHER ORDERED that Plaintiff's Request for Oral Argument [Doc. No. 103] is GRANTED. The Court will set a date for oral argument at its earliest opportunity.

MONROE, LOUISIANA, this 12th day of July, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE