# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION
# (HELD IN MONROE)

**SHREVEPORT CHAPTER #237 OF**     **CASE NO. 5:17-CV-01346**
**THE UNITED DAUGHTERS OF THE**
**CONFEDERACY**

**VERSUS**     **JUDGE JAMES**

**CADDO PARISH COMMISSION ET AL**     **MAGISTRATE JUDGE HORNSBY**

## MINUTES OF COURT:
### Oral Argument

| | | | |
|---|---|---|---|
| Date: | July 18, 2018 | Presiding: | Judge Robert G. James |
| Court Opened: | 1:30 p.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 2:35 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 01:05 | Courtroom: | 3rd Floor Courtroom |

## APPEARANCES

| | | |
|---|---|---|
| Dick Dee Knadler | For | Plaintiff |
| Donna Y Frazier | For | Defendants |

## PROCEEDINGS

Oral Argument on [88] Motion for Summary Judgment, filed by Caddo Parish Commission

**COMMENTS:**

The motion was taken under advisement.