UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF UNITED DAUGHTERS OF THE CONFEDERACY | CASE NO. 5:17-CV-01346 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CADDO PARISH COMMISSION | MAG. JUDGE MARK L. HORNSBY |

## JUDGMENT

For the reasons set forth in the Court's Memorandum Ruling issued this date,

IT IS ORDERED that the Motion for Summary Judgment [Doc. No. 88], filed by Defendant the Caddo Parish Commission, is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE at Plaintiff's cost.

MONROE, LOUISIANA, this 25th day of July, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE