# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTERS OF THE CONFEDERACY** | **CASE NUMBER: 17-CV-01346** |
| **Plaintiff,** | **JUDGE: ROBERT G. JAMES** |
| **VERSUS** | |
| **THE CADDO PARISH COMMISSION, ET AL.** | **MAGISTRATE JUDGE: MARK L. HORNSBY** |
| **Defendants.** | |

## MOTION FOR RECONSIDERATION AND LIST OF OBJECTIONS OF RULING GRANTING SUMMARY JUDGMENT FILED BY DEFENDANT

NOW INTO COURT, comes undersigned counsel for the plaintiff, Shreveport Chapter #237 of the United Daughters of the Confederacy, in the above-referenced matter and who respectfully moves:

1.

Plaintiff desires to file its *Motion for Reconsideration and List of Objections of Ruling Granting Judgment Summary Judgment Filed by Defendant;* or in the alternative to be allowed to amend its complaint.

2.

On or about July 25, 2018, the Court granted the Defendant's *Motion for Summary Judgment*; and the Plaintiff UDC objects to the Honorable Courts Ruling for the following reasons stated in the accompanying *Memorandum in Support of Motion for Reconsideration and List of Objections of Ruling Granting Summary Judgment Filed by Defendant*.

3.

Plaintiff further shows that he has tried to obtain permission from opposing counsel; but he has

not received a response.

                    Respectfully Submitted:

                    \\DICK "DAVE" KNADLER\\
                    _____
                    Dick "Dave" Knadler, Bar Roll #27829
                    3223 First Street
                    Mansfield, Louisiana 71052
                    (318) 925-1178
                    dknadler@hotmail.com

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all attorneys of record in either the U.S. Mail or electronically this 3rd day of August, 2018.

                    Respectfully Submitted:

                    //Dick "Dave" Knadler//
                    _____
                    Dick "Dave" Knadler, Bar Roll #27829