UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHREVEPORT CHAPTER #237 OF THE UNITED DAUGHTE | CASE NO. 5:17-CV-01346 |
| VERSUS | JUDGE JAMES |
| CADDO PARISH COMMISSION ET AL | MAGISTRATE JUDGE HORNSBY |

## NOTICE OF MOTION SETTING

Please take notice that the Motion for Reconsideration (Document No. 110) filed by Plaintiff on August 03, 2018 has been set before the Honorable Robert G. James.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within **twenty-one (21) days** from the date of this notice. The movant may **file a reply** within **fourteen (14) days** after the memorandum in opposition is filed. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies Required

An electronic copy of the motion and memoranda only shall be e-mailed in WordPerfect or Word Format to: James_courtesycopies@lawd.uscourts.gov. If attachments are 15 pages or less, they may also be e-mailed. If attachments exceed 15 pages, paper copies shall be provided to chambers:

> Hon. Robert G. James
> United States District Judge
> 201 Jackson Street, Suite 215
> Monroe, Louisiana 71201

**DATE OF NOTICE: August 6, 2018**

> TONY R. MOORE
> CLERK OF COURT