UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **SHREVEPORT CHAPTER #237 OF UNITED DAUGHTERS OF THE CONFEDERACY** | **CASE NO. 5:17-CV-01346** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CADDO PARISH COMMISSION** | **MAG. JUDGE MARK L. HORNSBY** |

## ORDER

For the reasons set forth in the Court's Ruling issued this date,

IT IS ORDERED that the Motion for Reconsideration [Doc. No. 110] filed by Plaintiff, the Shreveport Chapter #237 of the United Daughters of the Confederacy, is **DENIED**.

MONROE, LOUISIANA, this 27th day of August, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE