# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 7, 2019

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Shreveport Chapter #237 of the United Daughters of the Confederacy
        v. Caddo Parish Commission
        No. 19-80
        (Your No. 18-30951)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

October 08, 2019

Mr. Tony R. Moore  
Western District of Louisiana, Shreveport  
United States District Court  
300 Fannin Street  
Suite 1167  
Shreveport, LA 71101-0000

    No.18-30951 Shreveport Chptr #237 Untd v. Caddo Prsh Cmsn  
           USDC No. 5:17-CV-1346

Dear Mr. Moore,

Enclosed is a copy of the Supreme Court order denying certiorari.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____  
        Charlene A. Vogelaar, Deputy Clerk  
        504-310-7648